# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| V&S ELMWOOD LANES, INC.,<br>  Plaintiff,<br><br>  v.<br><br>EVEREST NATIONAL INSURANCE COMPANY,<br>  Defendant. | CIVIL ACTION<br><br><br><br>NO.  20-3444 |

## O R D E R

**AND NOW**, this 19th day of October, 2020, upon consideration of Defendant, Everest National Insurance Company's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Document No. 12, filed September 21, 2020), the Court noting that an Amended Complaint was filed October 5, 2020 (Document No. 13), **IT IS ORDERED** that Defendant, Everest National Insurance Company's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
 DuBOIS, JAN E., J.